971 So.2d 863 (2007)
Moshe FRIEDMAN, Appellant,
v.
UNIVERSITY OF MIAMI, Appellee.
No. 3D06-2671.
District Court of Appeal of Florida, Third District.
November 7, 2007.
Rehearing Denied January 2, 2008.
Eyal I. Friedman, for appellant.
Fowler White Burnett and Elizabeth P. Johnson and Helaine S. Goodner, Miami, for appellee.
Before GERSTEN, C.J., and GREEN, and SHEPHERD, JJ.
PER CURIAM.
Affirmed. Volusia County v. Aberdeen At Ormond Beach, L.P., 760 So.2d 126, 130 (Fla.2000); Razner v. Wellington Reg'l Med. Ctr., Inc., 837 So.2d 437, 440 (Fla. 4th DCA 2002).